**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **NO. 1:03-CR-0250-22** |
| | : | |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| | : | |
| **BENJAMIN LEE DIPPERY,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 23rd day of December, 2005, upon consideration of the petition to revoke defendant's bail for violation of conditions of supervised release (Doc. 1060), and following a hearing at which the court found probable cause to believe that defendant violated his supervised release conditions but that defendant could abide by conditions of release that will assure that he will not flee or pose a danger to the safety of any other person or the community, see 18 U.S.C. § 3148(b), it is hereby ORDERED that the motion to revoke defendant's bail is DENIED without prejudice.

 S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge